In the Matter of the Claim of OTILIA CABALLERO, Appellant, v FABCO ENTERPRISES et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted December 27, 2010; decided February 22, 2011

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

JULIETTE DEJOIE CADICHON et al., Appellants, v THOMAS FACELLE, M.D., et al., Respondents.

Submitted January 31, 2011; decided February 22, 2011

Motions to strike material from the record on appeal and references thereto in appellants' brief granted to the extent of deeming stricken appellants' notice of motion for reargument and renewal and material in support thereof and references thereto in appellants' brief.

In the Matter of NORMAN LEONARD COUSINS, an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Decided February 22, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved. Judiciary Law § 90 (8) does not provide an independent predictate for an appeal as of right to the Court of Appeals.